Noel M. Hernandez
Nevada Bar No. 13893
noel.hernandez@ogletree.com
Alina Krauff
Nevada Bar No. 16266
alina.krauff@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants Walgreen Co & Walgreens Health Services LLC*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ROMON HAMM,<br><br>Plaintiff,<br>vs.<br><br>WALGREEN CO.; WALGREENS HEALTH SERVICES LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-02419-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Defendants Walgreen Co. and Walgreens Health Services LLC ("Defendants") and Plaintiff Romon Hamm ('Plaintiff'), by and through their counsels of record, hereby request and stipulate to extend the time for Defendants to respond to Plaintiff's Complaint ("Complaint"). (ECF No. 1.) Defendants' response to Plaintiff's Compalint is currently due October 2, 2026. Because Defense counsel has just been retained in this case, the parties have agreed to a fourteen (14) day extension of time up to and including **October 16, 2026**, in which for Defendants to respond to the Complaint. This is the parties' first request for an extension of time.

/ / /

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 1st day of October, 2026.

FREIMAN LEGAL & LEAH MARTIN LAW

/s/ *Lawrence W. Freiman*

Lawrence W. Freiman, Esq.
Nevada Bar No. 10588
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401

*Attorney for Plaintiff*

Leah Martin, Esq.
Nevada Bar No. 7982
601 S. Rancho Dr., Ste. C-26
Las Vegas, NV 89106

*Plaintiff's Designated Counsel for Service In Nevada Only*

DATED this 1st day of October, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Noel M. Hernandez*

Noel M. Hernandez
Nevada Bar No. 13893
Alina Krauff
Nevada Bar No. 16266
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

*Attorneys for Defendants Walgreen Co & Walgreens Health Services LLC*

**ORDER**

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

October 2, 2026

DATED



OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W Charleston Blvd
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800