Noel M. Hernandez
Nevada Bar No. 13893
noel.hernandez@ogletree.com
Alina Krauff
Nevada Bar No. 16266
alina.krauff@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants Walgreen Co & Walgreens Health Services LLC*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ROMON HAMM,<br><br>Plaintiff,<br>vs.<br><br>WALGREEN CO.; WALGREENS HEALTH SERVICES LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-02419-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Defendants Walgreen Co. and Walgreens Health Services LLC ("Defendants") and Plaintiff Romon Hamm ("Plaintiff"), by and through their counsels of record, hereby request and stipulate to extend the time for Defendants to respond to Plaintiff's Complaint ("Complaint"). (ECF No. 1.) Defendants' response to Plaintiff's Complaint is currently due October 16, 2026. Because Defense counsel has just been retained in this case and is still currently in the process of evaluating the allegations set forth in Plaintiff's Complaint, the parties have agreed to a seven (7) day extension of time up to and including **October 23, 2026**, in which for Defendants to respond to the Complaint. This is the parties' second request for an extension of time.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 16th day of October, 2026.

FREIMAN LEGAL

*/s/ Lawrence W. Freiman*
Lawrence W. Freiman, Esq.
Nevada Bar No. 10588
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401

*Attorney for Plaintiff*

DATED this 16th day of October, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Alina Krauff*
Noel M. Hernandez
Nevada Bar No. 13893
Alina Krauff
Nevada Bar No. 16266
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

*Attorneys for Defendants Walgreen Co & Walgreens Health Services LLC*

**ORDER**

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

October 21 ,2026
DATED